VITO GIANGRECO, Respondent, *v.* THE ATLANTIC
STAMPING COMPANY, Appellant.

*Giangreco* v. *Atlantic Stamping Co.*, 145 App. Div. 906, affirmed.
(Argued November 1, 1912; decided November 19, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered May 24, 1911, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of the defendant, his
employer.

*George D. Reed* for appellant.

*J. R. Borzilleri* and *Anthony Miceli* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, WERNER, WILLARD BARTLETT, HIS-
COCK, CHASE and COLLIN, JJ. Absent: CULLEN, Ch. J.

---

GEORGE B. LEWIS, Respondent, *v.* JOHN E. DU BOIS,
Appellant.

*Lewis* v. *Du Bois*, 143 App. Div. 971, affirmed.
(Submitted November 1, 1912; decided November 19, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered March 17, 1911, affirming a judgment in favor of
plaintiff entered upon a verdict in an action upon an
alleged agreement to pay for services rendered to
another.

*Albert S. Andrews* and *W. G. Ellis* for appellant.

*Martin S. Lynch* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, WERNER, WILLARD BARTLETT, HIS-
COCK and CHASE, JJ. Absent: CULLEN, Ch. J. Not
sitting: COLLIN, J.